UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAFAEL LAPONTE,<br>   Plaintiff,<br>   v.<br>GAVIN NEWSOM, et al.,<br>   Defendants. | Case No. 24-cv-03786-WHO (PR)<br><br>**ORDER OF TRANSFER** |

In this 42 U.S.C. § 1983 action, plaintiff John Rafael Laponte raises claims against the Governor of California and other high-level California state officials regarding the enactment and enforcement of legislation.  Because such events occurred in Sacramento, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and because the named defendants reside therein.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 8, 2024

WILLIAM H. ORRICK
United States District Judge